# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KELLY A. CARPENTER,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 2:14-cv-00990-LDG (CWH)

**ORDER**

    The Commissioner of Social Security ("Commissioner") denied plaintiff Kelly A. Carpenter's application for a period of disability and disability insurance benefits pursuant to Title II and Title XVI of the Social Security Act. 42 U.S.C. Ch. 7. Carpenter filed the instant matter seeking judicial review of that decision. In her Motion for Reversal/Remand (ECF No. 14), she further requests that the Court reverse the Commissioner's decision or, in the alternative, remand for a new hearing. The Commissioner has opposed the motion and cross-moved to affirm the Commissioner's Decision (ECF No. 18). The Court referred this matter to the Magistrate Judge for a report and recommendation. The Magistrate Judge issued a Report and Recommendation (ECF No. 20) recommending that Carpenter's motion be denied and that the Commissioner's motion be granted. The Magistrate Judge further notified the parties pursuant to Local Rule IB 3-2, any objection to

the Report and and Recommendation must be in writing and filed with the Clerk of the Court within fourteen days. Neither party has objected to the Report and Recommendation. Accordingly,

THE COURT **ADOPTS** the Report and Recommendation (ECF No. 20);

THE COURT **ORDERS** that Plaintiff's Motion for Reversal or Remand (ECF No. 14) is DENIED;

THE COURT FURTHER **ORDERS** that Defendant's Cross-Motion to Affirm (ECF No. 18) is GRANTED; The Decision of the Commissioner is AFFIRMED; The Clerk of the Court is instructed to enter judgment accordingly and to then close this matter.

DATED this 14th day of September, 2017.

Lloyd D. George
United States District Judge